UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14cv475-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY $1,299,990.00 IN )<br>UNITED STATES CURRENCY, et al., )<br>)<br>Defendant. ) | **ENTRY OF DEFAULT** |

It appearing from plaintiff's application and from the record, including the Court's file, that no person has filed a claim and answer in this matter;

I HEREBY ENTER DEFAULT against all persons in the world.

_____
Frank D. Whitney
Chief United States District Judge